```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
UNITED STATES OF AMERICA,

        - against -
                                                ORDER
DEIVY ALEXANDER ARTUNDUAGA RAMIREZ,
                                           18 Cr. 352-1(NRB)
              Defendant.
----------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

Pursuant to the Criminal Justice Act, Donald J. Yannella is assigned to represent the defendant in substitution for Amy Lester, who has been relieved.

Dated:   New York, New York
         November 9, 2020

_____
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE