UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America,<br><br>v.<br><br>Deivy Alexander Artunduaga Ramirez,<br><br>*Defendant.* | **[PROPOSED] SUPPLEMENTAL<br>PROTECTIVE ORDER**<br><br>**18 Cr. 352 (NRB)** |

Upon the application of the United States of America and the defendant having requested discovery under Fed. R. Crim. P. 16(a)(1)(E), the Court hereby finds and orders as follows:

**WHEREAS**, on November 3, 2020, the Court entered a Protective Order, which was executed on behalf of the defendant by Amy Lester, Esq. (Dkt. No. 30);

**WHEREAS**, on November 9, 2020, the Court appointed Donald Yannella, Esq., to replace Ms. Lester as counsel for the defendant;

**IT IS HEREBY AGREED**, by and between the United States of America, Audrey Strauss, Acting United States Attorney, by Alison G. Moe, Jarrod L. Schaffer, and Robert B. Sobelman, Assistant United States Attorneys, of counsel, and Mr. Yannella, counsel for the defendant, that Mr. Yannella is and shall be bound by the terms of the Protective Order, which is incorporated by reference herein, as if he was an original signatory thereto.

**AGREED AND CONSENTED TO:**

AUDREY STRAUSS
Acting United States Attorney
Southern District of New York

By: _____*Robert B. Sobelman*_____     Date: 11/10/2020

    Robert B. Sobelman
    Alison G. Moe
    Jarrod L. Schaeffer
    Assistant United States Attorneys


DEIVY ALEXANDER ARTUNDUAGA RAMIREZ

By: _____*Donald Yannella*_____     Date: 11/10/2020

    Donald Yannella, Esq.
    Counsel for Defendant


**SO ORDERED:**

Dated: New York, New York
        November 12, 2020

_____*Naomi Reice Buchwald*_____
THE HONORABLE NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK