

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 8, 2021

<u>**By ECF**</u>

The Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

   Re: *United States v. Deivy Alexander Artunduaga Ramirez,* **18 Cr. 352 (NRB)**

Dear Judge Buchwald:

   The Government respectfully submits this letter on behalf of both parties to jointly request that, in order to permit the parties additional time to discuss a potential pretrial disposition in this case and in light of guidance from public health authorities regarding risks related to COVID-19 exposure, the Court adjourn for approximately sixty (60) days the conference currently scheduled for February 25, 2021, at 11:00 AM.

   The parties also respectfully request that the Court exclude time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), from February 25, 2021, until the date of the rescheduled status conference, in light of the circumstances of the COVID-19 pandemic and in order to permit additional time for discussions regarding a potential pretrial resolution.

```
Application granted.  The status
conference is adjourned until April
27, 2021 at 10:30 a.m.  The Court
excludes time under  the Speedy
Trial Act through that date.  See 18
U.S.C. § 3161(h)(7)(A).
SO ORDERED.
```

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE
Dated:  New York, New York
   February 9, 2021

   cc: Donald Yannella, Esq. (via ECF)

Respectfully submitted,

AUDREY STRAUSS
United States Attorney
Southern District of New York

By: s/ Jarrod L. Schaeffer

 Alison G. Moe
 Robert B. Sobelman
 Jarrod L. Schaeffer
 Assistant United States Attorneys
 Tel.:  (212) 637-2225 / 2616 / 2270