Law Offices of
# Donald J. Yannella
A Professional Corporation
**Email: nynjcrimlawyer@gmail.com**
Tel: (212) 226-2883
Fax: (646) 430-8379

| | |
|---|---|
| **70 Grand Avenue, Suite 100**<br>**River Edge, NJ 07661** | **233 Broadway, Suite 2370**<br>**New York, NY 10279**<br>(Preferred mailing address) |

April 1, 2021

Hon. Naomi Reice Buchwald
United States District Judge
Daniel P. Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

    Re:    United States v. Artunduaga Ramirez, 18 Cr 352 (NRB)

Dear Judge Buchwald:

    I am counsel for Mr. Argtunduaga Ramirez, who is next scheduled to appear before Your Honor on April 27, 2021. With the consent of Assistant United States Attorney Robert Sobelman, I respectfully request that the matter be adjourned until a date in mid-July 2021.

    The parties respectfully request that time be excluded from April 27, 2021, until the new conference date under the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(A), to permit the parties to continue discussing a potential pretrial disposition of the case and allow the defense additional time to review discovery materials.

Sincerely,

/s/ Donald Yannella

Donald J. Yannella, Esq.

```
Application granted. The
status conference is
adjourned until July 14,
2021 at 11:00 a.m. The
Court excludes time under
the Speedy Trial Act through
that date. See 18 U.S.C. §
3161(h)(7)(A).
SO ORDERED.
```

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

Dated: New York, New York
       April 2, 2021