

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 14, 2021

**By ECF**

The Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> Re: *United States v. Deivy Alexander Artunduaga Ramirez,* **18 Cr. 352 (NRB)**

Dear Judge Buchwald:

Pursuant to the Court's direction, the Government respectfully submits this letter regarding the conference currently scheduled for July 14, 2021. The Government understands that, in light of administrative issues, the conference will be adjourned to July 28, 2021.

Accordingly, the Government respectfully requests that the Court exclude time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), from July 14, 2021, through the date of the rescheduled conference. Such additional time will permit counsel for the defendants to continue to review discovery, and allow further time for discussions among the parties regarding potential pretrial resolutions in this matter. The Government has conferred with counsel for the defendants, who consent to the exclusion of time.

```
Application granted.  The
Court excludes time under the
Speedy Trial Act through
July 28, 2021. See 18 U.S.C.
§ 3161(h)(7)(A).
SO ORDERED.
```

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

```
Dated:  New York, New York
        July 15, 2021
```

Respectfully submitted,

AUDREY STRAUSS
United States Attorney
Southern District of New York

By: *s/ Jarrod L. Schaeffer*

Alison G. Moe
Robert B. Sobelman
Jarrod L. Schaeffer
Assistant United States Attorneys
Tel.: (212) 637-2225 / 2616 / 2270

cc:    Donald Yannella, Esq. (via ECF)
       Avraham Moskowitz, Esq. (ECF)