

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 10, 2021

**By ECF**

The Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Ramirez, et al.*, **18 Cr. 352 (NRB)**

Dear Judge Buchwald:

The Government respectfully submits this letter on behalf of all parties to request that, in order to permit the parties additional time to discuss a potential pretrial disposition in this case, the Court adjourn for approximately thirty (30) days the status conference currently scheduled for November 22, 2021, at 1:00 PM.

The Government further requests that the Court exclude time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), from November 22, 2021, through the date of any rescheduled conference, in order to permit additional time for those discussions. The Government has conferred with counsel for the defendant, who consent to these requests.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney
Southern District of New York

By: */s/ Jarrod L. Schaeffer*

Alison G. Moe
Robert B. Sobelman
Jarrod L. Schaeffer
Assistant United States Attorneys
Tel.:  (212) 637-2225 / 2616 / 2270

cc:   Counsel of Record (via ECF)

Application granted. The status conference is adjourned until December 20, 2021 at 1:00 pm.
**SO ORDERED.**

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

Dated: New York, New York
       November 12, 2021