**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 10, 2021

**By ECF**

The Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

  Re: *United States v. Ramirez, et al.*, 18 Cr. 352 (NRB)

Dear Judge Buchwald:

  The Government respectfully submits this letter to request that, in order to permit the defendants additional time to review discovery and to allow the parties more time to discuss potential pretrial dispositions in this case, the Court adjourn for approximately thirty (30) days the status conference currently scheduled for December 20, 2021, at 1:00 PM.

  The Government further requests that the Court exclude time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), from December 20, 2021, through the date of any rescheduled conference, in order to permit additional time for those purposes. The Government has conferred with counsel for defendants Deivy Alexander Artunduaga Ramirez and Hugo Alejandro Torrijos Medina, who consent to these requests.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney
    Southern District of New York

  By: */s/ Jarrod L. Schaeffer*

    Alison G. Moe
    Robert B. Sobelman
    Jarrod L. Schaeffer
    Assistant United States Attorneys
    Tel.: (212) 637-2225 / 2616 / 2270

cc: Counsel of Record (via ECF)

```
Application granted. The status
conference is adjourned until January
19, 2022 at 12:00 p.m. SO ORDERED.
```

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

Dated: New York, New York
   December 13, 2021