Law Offices of
# Donald J. Yannella
A Professional Corporation
Email: nynjcrimlawyer@gmail.com
Tel: (212) 226-2883
Fax: (646) 430-8379

| | |
|---|---|
| **70 Grand Avenue, Suite 100** | **233 Broadway, Suite 2370** |
| **River Edge, NJ 07661** | **New York, NY 10279** |
| | (Preferred mailing address) |

January 9, 2022

Hon. Naomi Reice Buchwald
United States District Judge
Daniel P. Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

      Re:    United States v. Artunduaga Ramirez, 18 Cr 352 (NRB)

Dear Judge Buchwald:

      I am counsel for Mr. Argtunduaga Ramirez, and David B. Anders is counsel for the codefendant, Hugo Alejandro Torrijos Medina. The parties are currently scheduled to appear before Your Honor on January 19, 2022.

      With the consent of Assistant United States Attorney Jarrod Lee Schaeffer and David B. Anders, I respectfully request that the conference be adjourned for at least sixty days.

      The parties respectfully request that time be excluded from January 19, 2022, until the new conference date under the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(A), to permit the parties to continue discussing a potential pretrial disposition and allow the defense additional time to review discovery materials.

Sincerely,

/s/

Donald J. Yannella, Esq.

---

```
Application granted.
The status conference is
adjourned until March 21,
2022 at 1:00 pm.
SO ORDERED.
```

*[signature]*
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

```
Dated: New York, New York
       January 10, 2022
```