

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 10, 2022

**By ECF**

The Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *United States v. Ramirez, et al.,* **18 Cr. 352 (NRB)**

Dear Judge Buchwald:

      The Government respectfully submits this letter to request that, in order to permit the defendants additional time to review discovery and to allow the parties more time to discuss potential pretrial dispositions in this case, the Court adjourn for approximately thirty (30) days the status conference currently scheduled for March 21, 2022.

      The Government further requests that the Court exclude time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), from March 21 through the date of any rescheduled conference, in order to permit additional time for those purposes. The Government has conferred with counsel for defendants Deivy Alexander Artunduaga Ramirez and Hugo Alejandro Torrijos Medina, who consent to these requests.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney
Southern District of New York

By: */s/ Jarrod L. Schaeffer*

Alison G. Moe
Robert B. Sobelman
Jarrod L. Schaeffer
Assistant United States Attorneys
Tel.: (212) 637-2225 / 2616 / 2270

```
Application granted.  The status
conference is adjourned until
April 20, 2022 at 1:00 pm.
SO ORDERED.
```

*[signature]*
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

```
Dated: New York, New York
       March 11, 2022
```

      cc:    Counsel of Record (via ECF)