# WACHTELL, LIPTON, ROSEN & KATZ

51 WEST 52ND STREET
NEW YORK, N.Y. 10019-6150

TELEPHONE: (212) 403-1000
FACSIMILE: (212) 403-2000

GEORGE A. KATZ (1965-1989)
JAMES H. FOGELSON (1967-1991)
LEONARD M. ROSEN (1965-2014)

OF COUNSEL

| | |
|---|---|
| MICHAEL H. BYOWITZ | ERIC S. ROBINSON |
| KENNETH B. FORREST | ERIC M. ROTH |
| SELWYN B. GOLDBERG | PAUL K. ROWE |
| PETER C. HEIN | DAVID A. SCHWARTZ |
| JB KELLY | MICHAEL J. SEGAL |
| MEYER G. KOPLOW | ROSEMARY SPAZIANI |
| JOSEPH D. LARSON | ELLIOTT V. STEIN |
| LAWRENCE S. MAKOW | WARREN R. STERN |
| DOUGLAS K. MAYER | LEO E. STRINE, JR.* |
| PHILIP MINDLIN | PAUL VIZCARRONDO, JR. |
| DAVID S. NEILL | PATRICIA A. VLAHAKIS |
| HAROLD S. NOVIKOFF | AMY R. WOLF |
| LAWRENCE B. PEDOWITZ | MARC WOLINSKY |

* ADMITTED IN DELAWARE

COUNSEL

Direct Dial: (212) 403-1307
Direct Fax: (212) 403-2307
E-Mail: DBAnders@wlrk.com

April 19, 2022

<u>VIA ECF</u>

The Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
500 Pearl St.
New York, NY 10007

          Re:     United States v. Hugo Alejandro Torrijos
                  Medina
                  <u>No. 18 Cr. 352 (NRB)</u>

Dear Judge Buchwald,

      I write on behalf of all parties to request that the status conference scheduled for April 20, 2022 at 1:00 p.m. be adjourned twenty-one days to May 11, 2022, or to another date convenient for the Court. This is defense counsel's first and the government's third request for adjournment of the status conference. The requested adjournment does not affect any other scheduled dates.

      The requested adjournment affords the Defendant a further opportunity to review discovery and allows the parties to continue discussions about a potential pretrial

WACHTELL, LIPTON, ROSEN & KATZ

Hon. Naomi Reice Buchwald
April 19, 2022
Page 2

resolution of the case. Thus, should the requested adjournment be granted, the parties also request the exclusion of time under the Speedy Trial Act through the date of the next conference, as the ends of justice served by granting the adjournment outweigh the best interest of the public and defendants in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

```
Application granted.  The hearing is
adjourned until May 17, 2022 at
12:30 p.m.   SO ORDERED.

          [signature]
          NAOMI REICE BUCHWALD
          UNITED STATES DISTRICT JUDGE

Dated: New York, New York
       April 21, 2022
```

Respectfully submitted,

 /s/ David B. Anders
David B. Anders
Sarah K. Eddy
Daniel H. Rosenblum
Emily P. Ross

*Counsel for Hugo Alejandro Torrijos Medina*

cc:  Robert Sobelman, Esq.
     Alison Moe, Esq.
     Jarrod Schaeffer, Esq.